RECEIVED

FEB 1 2 2026

Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on October 30, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | VIOLATIONS: |
| AVTANDIL KALANDADZE<br>Defendant. | 18 U.S.C. §§ 2232(a) and 2<br>(Taking an action to<br>prevent a seizure)<br><br>18 U.S.C. §§ 2237(a)(1) and 2<br>(Failing to heave to) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about December 20, 2025, upon the high seas and elsewhere outside of the jurisdiction of any district and therefore, pursuant to 18 U.S.C. § 3238, within the jurisdiction of the United States District Court for the District of Columbia, the Defendant, AVTANDIL KALANDADZE, before the search and seizure of property, that is, the *M/T Bella 1* (International Maritime Number (IMO): 9230880), by a person authorized to make such search and seizure, did knowingly take an action, that is claiming that the *M/T Bella 1* was flying the flag of Guyana, for the purpose of preventing and impairing the Government's lawful authority to take the *M/T Bella 1* into its custody and control.

(Taking an action to prevent a seizure, in violation of 18 U.S.C. §§ 2232(a) and 2)

## COUNT TWO

Beginning on or about December 21, 2025, and continuing to on or about January 7, 2026, upon the high seas and elsewhere outside of the jurisdiction of any district and therefore, pursuant to 18 U.S.C. § 3238, within the jurisdiction of the United States District Court for the District of Columbia, the Defendant, AVTANDIL KALANDADZE, while the master, operator, and person in charge of the *M/T Bella 1* (IMO: 9230880), a vessel subject to the jurisdiction of the United States, that is, a vessel without nationality, as defined in 46 U.S.C. § 70502(c)(1)(A), did knowingly fail to obey an order by an authorized Federal Law enforcement officer to heave to that vessel.

(**Failing to heave to**, in violation of 18 U.S.C. §§ 2237(a)(1) and 2)

A TRUE BILL

FOREPERSON

JEANINE FERRIS PERRO
United States Attorney

*/s/ Michael DiLorenzo*
MICHAEL DILORENZO
Assistant United States Attorney
Deputy Chief, National Security Section